## SAMUEL SMYTH *v.* STRADER, PEVINE, & Co.

If a writ of error does not set out the names of all the parties to the judgment of the Circuit Court, the case will be dismissed.

THIS was a writ of error from the Southern District of Alabama.

*Mr. Pryor*, counsel for the defendants in error, moved the court to dismiss the case, on the ground that the writ of error does not contain the names of the parties to the judgment set out in the record.

Whereupon, the court passed the following order:

## Order.

This cause came on to be heard on the transcript of the record from the Circuit Court of the United States for the Southern District of Alabama, and it appearing to the court here that this writ of error is vicious and defective, inasmuch as it does not set out the names of all the parties to the judgment of the Circuit Court, it is thereupon, on the motion of *Mr. Pryor*, of counsel for the defendants in error, now here ordered and adjudged by this court, that this cause be, and the same is hereby, dismissed, with costs.